THE STATE OF OHIO, APPELLEE, *v.* HAND, APPELLANT.

2016-Ohio-8355.]

(No. 2015–0652—Submitted December 13, 2016—Decided December 27, 2016.)

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

KENNEDY, J., dissents.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Andrew T. French, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Sheryl Trzaska, Assistant Public Defender, for appellant.